UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES PHILIP DOUGLAS,

    Petitioner,

  v.

JUDGES BRYAN CHUSCOFF AND LISA WORSWICK AND PIERCE COUNTY EXECUTIVE PAT McCARTHY,

    Respondents.

Case No. C09-5490BHS

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

  The petitioner in this action is seeking a writ of mandamus. These actions are docketed as requests federal habeas corpus relief pursuant to 28 U.S.C. § 2241. This case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrate Judge's Rules MJR 3 and MJR 4.

  Petitioner's application for leave to proceed *in forma pauperis* (Dkt. # 1) is **GRANTED**. Petitioner does not appear to have access to funds to afford the $5.00 filing fee. The court notes

ORDER - 1

petitioner filed a written consent form for the three hundred and fifty dollar civil rights filing fee (Dkt # 8). The filing fee in this case is five dollars, not three hundred and fifty.

The Clerk is directed to mail a copy of this Order to petitioner.

Dated this 16th day of September 2009.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2