1

2

3

4

5

6                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
7                            AT TACOMA

8    JAMES PHILIP DOUGLAS,

9              Petitioner,

10        v.                                    Case No. C09-5490BHS

11   JUDGES BRYAN CHUSCOFF; JUDGE              ORDER OVERRULING
     LISA WORSWICK; and PIERCE                 PLAINTIFF'S OBJECTIONS
12   COUNTY EXECUTIVE PAT                      AND ADOPTING REPORT
     McCARTHY,                                 AND RECOMMENDATION

13             Respondents.

14

15        This matter comes before the Court on the Report and Recommendation of the

16   Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 11) and Petitioner's

17   objections to the Report and Recommendation (Dkt. 12).

18        On August 4, 2009, Petitioner filed a motion for leave to proceed in forma pauperis.

19   Dkt. 1. On September 16, 2009, the Magistrate Judge entered an order granting Peitioner's

20   motion to proceed in forma pauperis. Dkt. 9. On the same day, Petitioner filed petition for

21   writ of mandamus (Dkt. 10) upon which the Magistrate Judge entered a report and

22   recommendation (Dkt. 11). On September 24, 2009, Petitioner filed an objection to the

23   Report and Recommendation. Dkt. 12.

24        Petitioner seeks a writ a of mandamus to request that a neutral arbitrator be appointed

25   in his case and that he be released from incarceration pending appeal. Dkt. 1 at 6 (proposed

26   petition). He also requested that the Court order the expenditure of state funds "so the

27   plaintiff can receive his right to appeal as guaranteed by the Constitution." *Id*.

28   ORDER – 1

1       In responding to this petition, the Magistrate Judge notes that "a District Court has no

2 jurisdiction to issue a mandamus to compel action by a state official." Dkt. 11 (citing 28

3 U.S.C. § 1361 (district court has jurisdiction over mandamus action only to compel officers

4 of the Untied States to perform their duties)). Based on this provision and case law

5 interpreting the provision, the Magistrate Judge concluded that the "court lacks jurisdiction

6 to entertain this petition." Dkt. 11 at 3.

7       On September 24, 2009, Petitioner filed a letter with the court regarding the

8 Magistrate Judge's report and recommendation in this matter. Dkt. 12.  In his letter

9 Petitioner asks the Court to either (1) obtain a copy of Petitioner's habeas corpus petition,

10 which is currently before the Honorable Karen L. Strombom, United States Magistrate

11 Judge, in a separate cause of action, C09-5439RJB/KLS; or (2) reconsider Magistrate Judge

12 Creatura's Report and Recommendation in the instant matter. *Id.* The Court treats

13 Petitioner's letter as an objection to the Report and Recommendation. In doing so, the Court

14 will not consider Petitioner's habeas corpus petition, as it involves a separate matter.

15 Further, the Court declines Petitioner's request to reconsider the Report and

16 Recommendation because it agrees with the Magistrate Judge's conclusion that the Court

17 lacks jurisdiction in this matter pursuant to 28 U.S.C. § 1361.

18       Therefore, the Court having considered the Report and Recommendation, Plaintiff's

19 objections, and the remaining record, does hereby find and order:

20       (1)     The Court **OVERRULES** Plaintiff's objections;

21       (2)     The Court **ADOPTS** the Report and Recommendation; and

22       (3)     This action is **DISMISSED** because the court lacks jurisdiction to decide the

23            matter.

24       DATED this 5th day of November, 2009.

25

26                          BENJAMIN H. SETTLE

27                          United States District Judge

28 ORDER – 2