# United States District Court

WESTERN DISTRICT OF WASHINGTON

JAMES PHILIP DOUGLAS

v.

JUDGE BRYAN CHUSCOFF, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5490BHS

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court **OVERRULES** Plaintiff's objections;

The Court **ADOPTS** the Report and Recommendation; and

This action is **DISMISSED** because the court lacks jurisdiction to decide the matter.

| | |
|---|---|
| November 6, 2009 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |